IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND;<br>ET AL.<br>Defendants | Civil Action No. 08-0125ML |
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND;<br>ET AL.<br>Defendants | Civil Action No. 08-147ML |

MOTION FOR WRIT OF ENTRY

Pursuant to 18 U.S.C. §§ 983(j) and 985(b)(1), Plaintiff United States of America moves for issuance of a Writ of Entry, as attached in the proposed writ of entry attached as Exhibit 1, for the purpose of inspecting and appraising the defendant properties. The Writ is sought for two separately docketed cases, Civil Actions 08-125ML and 08-147ML. Under the 08-125ML action, the United States seeks the Writ for inspection and appraisal of the properties at the following addresses in Rhode Island:

(1) 1630 Mineral Spring Avenue, North Providence
(2) 566 East Shore Road, Jamestown
(3) 6 Pine Tree Lane, Lincoln
(4) 15 Dennell Drive, Lincoln
(5) Condominium Units 2, 4, 5, 6, and 7 at 78 Farnum Pike, Smithfield

Under the 08-147ML action, the United States seeks the Writ for inspection and appraisal of the properties at the following addresses in Rhode Island:

(1) 288 Middle Road, East Greenwich
(2) 95 Pine Hill Avenue, Johnston
(3) 4 Swanee Street, North Providence
(4) 790 North Main Street, Providence

The Verified Complaint for Forfeiture In Rem for the 08-125ML matter was filed on April 8, 2008; the Verified Complaint for Forfeiture In Rem for the 08-147ML matter was filed on April 30, 2008. Both actions allege that the respective properties are subject to forfeiture for violation of federal laws. As set forth in the declaration attached to each complaint, the bases for forfeiture arise from a common set of facts. All of these properties have been posted and the owners have been served notice and a copy of the complaint as required under 18 U.S.C. § 985(c). Accordingly, the Court has jurisdiction over these properties under 18 U.S.C. § 985(c)(3).

The Civil Asset Forfeiture Reform Act of 2000, Pub. L. No. 106-185, 114 Stat. 202 ("CAFRA") enacted a new provision, codified at 18 U.S.C. § 985, regarding forfeitures of real property. Subsection 985(b)(2) explicitly allows for a writ of entry to be executed "for the purpose of conducting an inspection and inventory of the property" and further provides that execution of such a writ of entry "shall not be considered a seizure." Moreover, as provided in 18 U.S.C. § 983(j)(1), the Court has broad discretion to enter protective orders and to "take any other action" in order to "secure, maintain or preserve the availability of property subject to civil forfeiture." The United States seeks to inspect and appraise the condition and value of the property and to take an inventory of the property, including the use of still and video photography of the premises. Without such an inspection, it would be difficult to "secure, maintain or preserve the availability of property" that is subject to forfeiture because there would not be an accurate record documenting the condition of the property.

Also, the provisions of 18 U.S.C. § 2232(b), also enacted as part of CAFRA, make it a crime for anyone to take any action that would impair the Court's in rem jurisdiction over property that is subject to forfeiture. Thus, the United States also requests that the writ of entry provide that any interference with its execution shall be deemed a violation of a Court order and punishable as a contempt and a violation of 18 U.S.C. § 2232.

CONCLUSION

For all the above reasons, the United States requests that the Court issue a writ of entry to permit the inspection of the above-named defendant real properties.

Respectfully submitted,

UNITED STATE OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 fax
Email: milind.shah@usdoj.gov

Dated: June 3, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June 2008, I electronically filed the above Motion for Writ of Entry and Exhibit 1 thereto with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following have received electronic notice:

Holly L. Ceritto
Marinosci Tiernan & Ceritto, P.C.
1575 South County Trail, East Greenwich, RI 02818

Matthew Thomas Oliverio
55 Dorrance Street, Suite 400, Providence, RI 02903

Joseph Michael DiOrio and Gardner H. Palmer, Jr.
Law Office of Joseph M. DiOrio
10 Dorrance Street, Suite 1200, Providence, RI 02903.

/s/ Milind M. Shah
Milind M. Shah
Assistant United States Attorney