IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND;<br>ET AL.<br>Defendants | Civil Action No. 08-0125ML |
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND;<br>ET AL.<br>Defendants | Civil Action No. 08-147ML |

**WRIT OF ENTRY**

The United States, having filed a verified Complaints for Forfeiture in Rem in both above-captioned matters against the defendant properties whose legal descriptions are attached as Attachment A; and

The United States having not requested authority to seize the defendant real property at this time but having stated that it has posted notice of the Complaint for Forfeiture In Rem on the defendant real property and served notice of this action and a copy of the Complaint on the owner of the defendant real property under 18 U.S.C. § 985(c)(1) and (3); and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 985(b)(2) and 18 U.S.C. § 983(j) authorizing it to enter the defendant real properties,

including any structures, for the purpose of conducting an appraisal, inspection, and inventory of the defendant real properties;

It is hereby ORDERED that the United States Marshals Service or its designee and the U.S. Department of Treasury or its designee are hereby authorized

1. to enter the defendant real property, including any structures, on one or more occasions during the pendency of this in rem forfeiture action against the defendant real property, for the purpose of conducting an inspection and inventory and appraisal of the defendant real property, and
2. to be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real property pursuant to 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography, and
3. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real property, which inspection and inventory may include, among other means, still and video photography, and
4. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

________________________________
The Honorable Mary M. Lisi, Chief Judge
U.S. District Court for the District of Rhode Island

Dated: ________________

# ATTACHMENT A

The defendant property subject to forfeiture under *United States v. Real Property Located at 1630 Mineral Spring Avenue, North Providence, Rhode Island, et al.*, C.A. No. 08-125ML and over which the Writ of Entry applies are the following:

(a) Real property located at 1630 Mineral Spring Avenue, North Providence, Rhode Island which is owned by Atlantis Management – located at 6 Pine Tree Lane, Lincoln, Rhode Island and 99% of which is owned by Dr. Wehbe – and legally described as:

Those six (6) certain lots or parcels of land with all buildings and Improvements thereon situated on the sourtherly side of Mineral Spring Avenue and the northerly side of Swanee Street in the Town of North Providence, County of Providence, State of Rhode Island laid out and designated as Lots Nos. 153 (one hundred fifty-three), 154 (one hundred fifty-four), 155 (one hundred fifty-five), 164 (one hundred sixty-four), 165 (one hundred sixty-five), 166 (one hundred sixty-six) on that plat entitiled "Wilbur Highlands North Providence, Rhode Island owned by J.W. Wilbur July 1st, 1908 Scale 60 FT = 1 IN A.L. Eliot, C.E." which plat is recorded in the Office of the Town Clerk of said Town of North Providence on Plat Card 75.

(b) Real property located at 566 East Shore Road, Jamestown, Rhode Island which is owned by Dr. Wehbe and his wife Mathilda Wehbe and legally described as:

That certain parcel of land, with any improvements thereon, in the Town of Jamestown and State of Rhode Island, on the easterly side of East Shore Road, and bounded and described as follows: Beginning at a point in the easterly line of said Road, said point of beginning being at the southwesterly corner of land now or formerly of Edwin Ohsberg and at the northwesterly corner of the within described parcel; Thence running southerly bounding westerly on said East Shore Road two hundred (200) feet, to a point; Thence turning an interior angle of 71 degrees 13' and running northeasterly three hundred ninety-two and 78/100 (392.78) feet to a point; Thence turning an interior angle of 224 degrees 01' and running southeasterly sixty-eight and 33/100 (68.33) feet to a wall, said last two (2) courses bounding southeasterly and southwesterly on land now or formerly or formerly Commerce Oil Refining Corporation, thence turning an interior angle of 83 degrees 10' and running northeasterly along said wall bounding southeasterly on Parcel II hereinafter described, two hundred (200) feet to an angle in said wall; thence turning an interior angle of 61 degrees 39' and running southwesterly along said wall bounding northwesterly said Ohsberg land five hundred four and 38/100 (504.38) feet to said East Shore Road and the point and place of beginning.

And further described as:

Also a certain parcel of land adjoining Parcel I on the southeast and bounding northwesterly on said Parcel I; southwesterly on land now formerly of Commerce Oil Refining Corporation on a line in extension southeasterly of the third course of said Parcel I; southeasterly on Narragansett Bay; and northwesterly on a line in extension northeasterly of the last described course of said Parcel I.

(c) Real property located at 6 Pine Tree Lane, Lincoln, Rhode Island which is owned by Dr. Wehbe and his wife Mathilda Wehbe and legally described as:

That certain lot or parcel of land with all the buildings and improvements thereon, situated on Pine Tree Lane, in the Town of Lincoln, County of Providence, State of Rhode Island, laid out and designated as Record Lot 6 on that certain plat entitled, "Gaywood Record Plan AP 26 Lot 64, Lincoln, Rhode Island Developer: Dayjur Corporation, 145 Twin River Road, Lincoln, Rhode Island 20865 Owner: Dayjur Corporation, 145 Twin River Road, Lincoln, Rhode Island 02865" which plat is recorded in the Land Evidence Records of the Town of Lincoln County of Providence, State of Rhode Island as Subdivision No. 325.

(d) Real property located at 15 Dennell Drive, Lincoln, Rhode Island which is owned by Elegant Homes – located at 6 Pine Tree Lane, Lincoln, Rhode Island and 25% of which is owned by Dr. Wehbe – and legally described as:

Two certain tracts or parcels of land, located in the rear of the Comstock Farm, in the Town of Lincoln, County of Providence, State of Rhode Island, and bounded and described as follows:
The first lot begins at the north-west corner of said lot, at a stone; a bound of land formerly owned by Mary Burgess, wife of Tristam Burgess; thence running S. 84 ½ º E. and bounded northerly by land now or formerly of the Estate of Anthony Angell, thirty six (36) rods, and twenty-two (22) links, to an old chestnut stump; thence running S. 86 º E with said Angell land, four (4) rods, and eight (8) links, to a stone set in the ground; thence running S. 2º W., two (2) rods, to a corner of land formerly belonging to the Heirs of Joseph Whipple; thence running S. 16 ½ º E., bounded easterly by said Whipple land; fourteen (14) rods, and five (5) links, to a corner of land formerly belonging to the Heirs of Nathaniel Angell; thence running S. 64 º W., with said Angell land, to a stone bound at the corner of the above named Burgess land; thence running N. 20º W., bounded westerly by said Burgess land, about thirty-seven (37) rods to the point of beginning, and contains about five and ¾ (5-3/4) acres of land.

The second lot begins at a stone set in the ground at the south-west corner of the first tract hereinbefore described ; thence running S. 64º W., twenty-two (22) rods, and ten (10) links, to stake and stones; thence running westerly about five hundred ninety (590) feet to a stone at the south-west corner of this lot; thence running N. 4º E., twenty-one (21) rods and twenty-six (26) links, to a stone; thence running N. 36º E., nine and ½ (9-1/2) rods to a stone; thence running N. 4º E., three (3) and ten (10) links, to a stone at the north-west corner of the first tract hereinbefore described; thence running southerly bounded easterly by said first tract, about thirty-seven (37) rods to the point of beginning, and contains about twelve and ¼ (12-1/4) Acres of land.

Also, a certain triangular tract of land, lying westerly from the Louisquisset Pike in the Town of Lincoln, County of Providence, in the State of Rhode Island, and is bounded and described as follows:

Beginning at the northeasterly corner of the within described land at a stone, and being a corner of land now or lately of Anna B. Comstock and land now or formerly of Jennie Cimini; thence S. 65º E. bounding northeasterly by land now or lately of Anna B. Comstock and land now or lately of Jennie Cimini, five hundred and thirty-two (532) feet to an iron pope in the ground; thence N. 88º W. bounding southerly by land now or lately of Jennie Cimini four hundred and

thirtyeight (438) feet to an iron pope set in the ground at the southeasterly corner of land now or lately of Jennie Cimini; thence N. 12º E. two hundred and thirty (230) feet to the place of beginning and containing 1.13 acres, more or less.

Excluding from the above parcels the premises conveyed by Albina Lems to Daniel J. Sullivan Jr. and Kathleen M. Sullivan by deed dated September 15, 1993 and recorded in Book 386 at Page 83.

(e) Real property located at 78 Farnum Pike, Smithfield, Rhode Island further designated as Condominium Units # 2, #4, #5, #6 and #7 owned by Summerfield Estates – located at 6 Pine Tree Lane, Lincoln, Rhode Island and 50% of which is owned by Dr. Wehbe – and is legally described as follows:

That certain lot or parcel of land with all the buildings and improvements thereon situated on the southwesterly side of Farnum Pike and on the northwesterly side of Wolf Hill Road in the town of Smithfield, County of Providence, and State of Rhode Island, bounded and described as follows;

Beginning at the easterly corner of said lot at the westerly corner of said Farnum Pike and Wolf Hill Road; thence southwesterly bounding southwesterly on said Wolf Hill Road about 103.8 feet to land now or lately of St. Michael's Church, Georgiaville, Rhode Island; thence northwesterly bounding southwesterly on the last named land about 121 feet to a corner; thence northeasterly bounding northwesterly on other land now or lately of St. Michael's Church, Geogiaville, Rhode Island about 103.8 feet to said Farnum Pike; thence southwesterly bounding northeasterly on said Farnum Pike about 113 feet to Wolf Hill Road at the point and place of beginning.

The defendant property subject to forfeiture under *United States v. Real Property Located at 288 Middle Road, East Greenwich, Rhode Island, et al.*, C.A. No. 08-147ML and over which the Writ of Entry applies are the following:

(a) Real property located at 288 Middle Road, East Greenwich, Rhode Island which is owned by Atlantis Management LLC, of which, based on my review of records, 99% is owned by Dr. Wehbe – and legally described as:

That certain parcel of land with all buildings and improvements thereon, situated on the southerly side of Middle Road in the Town of East Greenwich, County of Kent and the State of Rhode Island, bouded and described as follows:
Beginning at an iron pipe in the southerly line of Middle Road at the northwesterly corner of land of Carl Street, L.L.C. and the northeasterly corner of the herein described parcel;
Thence running in a westerly direction, along the southerly line of Middle Road, a distance of three hundred fifty-one and twenty hundreths (351.20') to a point for a corner:
Thence turning on an interior angle of 89º14'12" and running southerly along land now or formerly of Mathias Wilkison, a distance of three hundred four and sixty-eight hundreths (304.68') to a point for a corner;
Thence turning an interior angle of 90º00'00" and running easterly by land of said Wilkinson, a distance of one hundred sixty-one and seventeen hundreths (161.17') to a granite bound, said granite bound being the northerly corner of said Wilkinson and the westerly corner of said Carl Street, L.L.C. land;

Thence turning an interior angle of 180º00'00" and continuing easterly, along said Carl Street, L.L.C. land a distance of one hundred ninety and zero hundreths (190.00') to an iron pin for a corner;
Thence turning an interior angle of 90º00'00" and running northerly, a distance of one hundred seven and seventy-five hundreths (107.75') to a point for a corner;
Thence turning an interior angle of 268º56'53" and running easterly, a distance of ten and forty-nine hundreths (10.49') to a point of curvature;
Thence easterly and northerly along the arc of a curve, said curve having a central angle of 91º38'19" and a radius of 30.00', a distance of 47.98' to a point of tangency;
Thence running northerly, a distance of nineteen and ninety-four hundreths (19.94') to another point of curvature;
Thence northerly and westerly along the arc of a curve, said curve having a central angle of 88º21'41" and a radius of 30.00', a distance of 46.27' to a point of tangency;
Thence running westerly, a distance of eight and forty-six hundreths (8.46') to a point for a corner, the last six courses bounded to the east by said Carl Street L.L.C. land;
Thence turning an interior angle of 271º03'07" and running northerly along said Carl Street L.L.C. land, a distance of one hundred twelve and thirty hundreths (112.30') to the iron pipe on Middle Road, at the point and place of beginning, The first and last course forming an interior angle of 90º45'48" and said parcel contains 108,941 square feet or 2.5009 acres of land being the same more or less. Said parcel described is also shown on that certain plat entitled, "Administrative Subdivision" for Carl Street, L.L.C., scale 1"=50', dated September 7, 2003 by Ocean State Planners, Inc. and recorded in the Town of East Greenwich, as Plat #728.

(b) Real property located at 95 Pine Hill Ave, Johnston, Rhode Island which is owned by Tarek Wehbe and legally described as:

That parcel of land with all buildings and improvements thereon, situated on the northwesterly side of Pine Hill Avenue in the Town of Johnston, and State of Rhode Island, and bounded and described as follows:
Beginning at a granite bound set in the northwesterly line of Pine Hill Avenue at the northeasterly corner of said parcel and at a corner of land now or lately of Fred E Mowry; thence N 71ºW bounding northerly on said Mowry land two hundred eighty-eight (288) feet, more or less, to a granite bound at alnd now or lately of Stanley Greska and wife; thence S 14º E bounding westerly on said Greska land three hundred seventeen (317) feet, more or less, to a granite bound in the northwesterly line of Pine Hill Avenue, thence N 51-1/4º E bounding southeasterly on Pine Hill Avenue on hundred ninety and 90/100 (190.90) feet, more or less, to a granite bound; thence N 29º E bounding southeasterly on Pine Hill Avenue on hundred three and 60/100 (103.60) feet, more or less, to the granite bound at the point in beginning.

(c) Real property located at 4 Swanee Street, North Providence, Rhode Island which is owned by Tarek Wehbe and his wife Mathilda Wehbe and legally described as:

Those certain lots or parcels of land with all buildings and other improvements thereon, situated in the Town of North Providence, County of Providence, State of Rhode Island, laid out and designated as Lots Numbered Two Hundred Eighty Five (285) and Two Hundred Eighty Six (286)

and Two Hundred Eighty Seven (287) on that plat entitled "Wilbur Highland North Providence, R.I. owned by J.W. Wilbur, July 1st, 1908 Scale: 60ft. = 1 in. A.L. Ellot. C.E.", which plat is recorded with the Land Evidence Records of the Town of North Providence on Recorded Plat 75.

(d) Real property located at 790 North Main Street, Providence, Rhode Island which is owned by

Atlantis Management LLC and legally described as:

That certain lot or parcel of land with all the buildings and improvements thereon situated in the City of Providence, County of Providence, State of Rhode Island, described as follows:
Beginning at a point in the relocated westerly line of North Main Street at the northeast corner of the tract herein described, said point being in the southerly line of land of the City of Providence, fourteen and one hundreths (14.01) feet westerly as measured along the southerly line of said City of Providence land from the present westerly line of North Main Street;
Thence running S 22º35'13" W. bounded southeasterly by the relocated North Main Street, a distance of forty-seven and twenty hundredths (47.20) feet to a point of curvature;
Thence along the arc of a circle curving to the right having a radius of twenty (20.00) feet and a central angle of 73º-58'-19" bounded generally southeasterly on the relocated intersection of North Main Street and Livingston Street, a distance of twenty-five and eighty-two hundredths (25.82) feet to a point of tangency in the northerly line of Livingston Street;
Thence turning N 83º-26'-28" W. bounded by Livingston Street, a distance of eighty-eight and fifty hundredths (88.50) feet to a point of curvature;
Thence along the arc of a circle curbing to the right having a radius of fifteen (15.00) feet and a central angle of 68º-36'-01" bounded generally southwesterly on the relocated intersection of Livingston Street and Mechanics Avenue, a distance of seventeen and ninety-six hundredths (17.96) feet to a point of tangency, in the easterly line of Mechanics Avenue;
Thence running N 14º-50'-27" W. bounded southwesterly by Mechanics Avenue, a distance of one hundred fifty-two and forty-five hundredths (152.45) feet to a corner;
Thence turning an interior angle of 76º-30'-54" and running N 88º-38'-39" E, bounded northerly by land now or formerly of the Providence Redevelopment Agency, a distance of sixty-one and six hundredths (61.06) feet to a land of the City of Providence;
Thence turning an interior angle of 86º-33'-20" and running S 2º-05'-19" W. bounded easterly by land of the City of Providence, a distance of seventy-eight and eighty-four hundredths (78.84) feet to a corner;
Thence turning an interior angle of 255º-42'-20" and running S 73º-37'-01" E. bounded northeasterly by land of the City of Providence, a distance of one hundred twenty-five and fifty-six hundredths (125.56) feet to the point and place of beginning.
The first and last courses forming an interior angle of 83º-47'-46" and said parcel contains thirteen thousand eight hundred fourteen (13,814) square feet of land.
Together with the rights of passage of record.