IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Plaintiff

VS

CA No. 08-147ML

REAL PROPERTY LOCATED AT
288 MIDDLE ROAD,
EAST GREENWICH, RHODE ISLAND;

REAL PROPERTY LOCATED AT
95 PINE HILL AVENUE,
JOHNSTON, RHODE ISLAND

REAL PROPERTY LCOATED AT
4 SWANEE STREET,
NORTH PROVIDENCE, RHODE ISLAND

REAL PROPERTY LOCATED AT
790 NORTH MAIN STREET,
PROVIDENCE, RHODE ISLAND

Defendants

**CLAIM OF ELIE OSKO**

NOW comes the Claimant, Elie Osko, party in interest to the above In Rem proceedings, and files a claim in the amount of $200,000.00 (more or less). Said claim represents the amount of money owed by Atlantis Management, LLC, mortgagor, to Elie Osko, mortgagee of the property, subject to the In Rem proceedings; said property being:

That certain parcel of land with all buildings and improvements thereon, situated on the southerly side of Middle Road in the Town of East Greenwich, County of Kent and the State of Rhode Island, bouded and described as follows:

Beginning at an iron pipe in the southerly line of Middle Road at the northwesterly corner of land of Carl Street, L.L.C. and the northeasterly corner of the herein described parcel;

Thence running in a westerly direction, along the southerly line of Middle Road, a distance of three hundred fifty-one and twenty hundreths (351.20') to a point for a corner:

Thence turning on an interior angle of 89°14' 12" and running southerly along land now or formerly of Mathias Wilkison, a distance of three hundred four and sixty-eight hundreths (304.68') to a point for a corner;

Thence turning an interior angle of 90°00'00" and running easterly by land of said Wilkinson, a distance of one hundred sixty-one and seventeen hundreths (161.17') to a granite bound, said granite bound being the northerly comer of said Wilkinson and the westerly comer of said Carl Street, L.L.C. land;

Thence turning an interior angle of 180°00'00" and continuing easterly, along said Carl Street, L.L.C. land a distance of one hundred ninety and zero hundreths (190.00') to an iron pin for a corner;

Thence turning an interior angle of 90°00'00" and running northerly, a distance of one hundred seven and seventy-five hundreths (107.75') to a point for a corner;

Thence turning an interior angle of 268°56'53" and running easterly, a distance of ten and forty-nine hundreths (10.49') to a point of curvature;

Thence easterly and northerly along the arc of a curve, said curve having a central angle of 91°38'19" and a radius of 30.00', a distance of 47.98' to a point of tangency;

Thence running northerly, a distance of nineteen and ninety-four hundreths (19.94') to another point of curvature;

Thence northerly and westerly along the arc of a curve, said curve having a central angle of 88°21 '41" and a radius of 30.00', a distance of 46.27' to a point of tangency;

Thence running westerly, a distance of eight and forty-six hundreths (8.46') to a point for a corner, the last six courses bounded to the east by said Carl Street L.L.C. land;

Thence turning an interior angle of 271°03'07" and running northerly along said Carl Street L.L.C. land, a distance of one hundred twelve and thirty hundreths (112.30') to the iron pipe on Middle Road, at the point and place of beginning,
The first and last course forming an interior angle of 90°45'48" and said parcel contains 108,941 square feet or 2.5009 acres of land being the same more or less.
Said parcel described is also shown on that certain plat entitled, "Administrative Subdivision" for Carl Street, L.L.C., scale 1"=50', dated September 7, 2003 by Ocean State Planners, Inc. and recorded in the Town of East Greenwich, as Plat #728.

Claimant, ELIE OSKO,
By his Attorney,

Edward J. Gomes, Esq. (2485)
91 Friendship St Ste 3
Providence RI 02903-3837
401 521 5170 (ph)
401 421 0876 (fx)

CERTIFICATION

I hereby certify that, on this 10th day of June, 2008, I mailed a copy of the within Claim to:

Milind M. Shah, Assistant US Attorney
US Department of Justice
United States Attorney, District of RI
Fleet Ctr
50 Kennedy Plaza, 8th Fl
Providence RI 02903