IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Plaintiff

VS

CA No. 08-147ML

REAL PROPERTY LOCATED AT
288 MIDDLE ROAD,
EAST GREENWICH, RHODE ISLAND;

REAL PROPERTY LOCATED AT
95 PINE HILL AVENUE,
JOHNSTON, RHODE ISLAND

REAL PROPERTY LCOATED AT
4 SWANEE STREET,
NORTH PROVIDENCE, RHODE ISLAND

REAL PROPERTY LOCATED AT
790 NORTH MAIN STREET,
PROVIDENCE, RHODE ISLAND

Defendants

## ANSWER

NOW comes the Claimant, Elie Osko, party in interest to the above In Rem proceedings, and states:

1. Claimant admits Paragraph One.

2. Claimant admits Paragraph Two, subparagraph (a), but has insufficient information regarding other allegations as set forth in Paragraph Two.

3. Claimant, having insufficient information regarding said allegation, neither admits nor denies Paragraph Three.

4. Claimant, having insufficient information regarding said allegation, neither admits nor denies Paragraphs Four through Twelve.

WHEREFORE, Claimaint, Elie Osko, requests that the within Complaint be denied and dismissed, with respect to Claimaint's ownership in said property.

Claimant, ELIE OSKO,
By his Attorney,

Edward J. Gomes, Esq. (2485)
91 Friendship St Ste 3
Providence RI 02903-3837
401 521 5170 (ph)
401 421 0876 (fx)

CERTIFICATION

I hereby certify that, on this 10th day of June, 2008, I mailed a copy of the within Answer to:

Milind M. Shah, Assistant US Attorney
US Department of Justice
United States Attorney, District of RI
Fleet Ctr
50 Kennedy Plaza, 8th Fl
Providence RI 02903