IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Plaintiff

VS

CA No. 08-147ML

REAL PROPERTY LOCATED AT
288 MIDDLE ROAD,
EAST GREENWICH, RHODE ISLAND;

REAL PROPERTY LOCATED AT
95 PINE HILL AVENUE,
JOHNSTON, RHODE ISLAND

REAL PROPERTY LCOATED AT
4 SWANEE STREET,
NORTH PROVIDENCE, RHODE ISLAND

REAL PROPERTY LOCATED AT
790 NORTH MAIN STREET,
PROVIDENCE, RHODE ISLAND

Defendants

**ENTRY OF APPEARANCE**

I hereby enter my appearance for the Claimant, Elie Osko.

Claimant, ELIE OSKO,
By his Attorney,

Edward J. Gomes, Esq. (2485)
91 Friendship St Ste 3
Providence RI 02903-3837
401 521 5170 (ph)
401 421 0876 (fx)

CA No. 08-147ML

CERTIFICATION

I hereby certify that, on this 10th day of June, 2008, I mailed a copy of the within Entry of Appearance to:

Milind M. Shah, Assistant US Attorney
US Department of Justice
United States Attorney, District of RI
Fleet Ctr
50 Kennedy Plaza, 8th Fl
Providence RI 02903