# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

PLAINTIFF
United States of America

COURT CASE NUMBER C.A. 08-147ML

DEFENDANTS
Real Property located at 288 Middle Road, East Greenwich, Rhode Island, et al.

TYPE OF PROCESS
Complaint/Notice

SERVE AT

Name of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
Real Property located at 288 Middle Road, East Greenwich, Rhode Island

Address (Street or RFD / Apt. # /City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:
Milind M. Shah, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

Number Of Process To Be Served In This Case. 2 (Notice & Complaint)

Number Of Parties To Be Served In This Case. 1 (Post & Notice)

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, phone numbers, and estimated availability times.)
Please post Complaint and Notice on 288 Middle Road, East Greenwich, RI

Signature of Attorney or other Originator requesting service on behalf of [ X ] Plaintiff [ ] Defendant

Telephone No. 401-709-5000

Date 5/28/08

SIGNATURE OF PERSON ACCEPTING PROCESS:

Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|
| | | | | |

I hereby Certify and Return that I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ X ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, etc., at the address shown above or at the address inserted below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service 6-3-08

Time of Service 10:00 [X] AM [ ] PM

Signature, ~~Title and~~ Treasury Agency
SPECIAL AGENT IRS-CI
JASON RAMEAKA

REMARKS:

STAPLED TO FRONT DOOR- NO OCCUPANTS DILAPIDATED STRUCTURE

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY ARetain Copy #5 for your file.*

# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER C.A. 08-147ML |
| DEFENDANTS<br>Real Property located at 790 North Main Street, Providence, RI, et al. | TYPE OF PROCESS<br>Complaint/Notice |

| | |
|---|---|
| SERVE AT | Name of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Real Property located at 790 North Main Street, Providence, RI, et al. |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| | | |
|---|---|---|
| Send NOTICE OF SERVICE copy to Requester:<br>Milind M. Shah, Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Fleet Center<br>50 Kennedy Plaza, 8th FL<br>Providence, RI 02903 | Number Of Process To Be Served In This Case. | 2 (Notice & Complaint) |
| | Number Of Parties To Be Served In This Case. | 1 (Post & Notice) |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, phone numbers, and estimated availability times.)
Please post Complaint and Notice on 790 North Main Street, Providence, RI, et al.

| | | |
|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of [ X ] Plaintiff [ ] Defendant — [signature] | Telephone No.<br>401-709-5000 | Date<br>5/28/08 |
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| | | | | |
|---|---|---|---|---|
| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |

I hereby Certify and Return that I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ X ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, etc., at the address shown above or at the address inserted below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| | | |
|---|---|---|
| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>6-3-2008 | Time of Service [X] AM [ ] PM<br>11:06 |
| | Signature, Title and Treasury Agency<br>[signature] SPECIAL AGENT IRS-CI<br>JASON RAMEAKA | |

REMARKS:

SERVED to PAUL WEHBE

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY ARetain Copy #5 for your file.

# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER C.A. 08-147ML |
| DEFENDANTS<br>Real Property located at 95 Pine Hill Avenue, Johnston, RI, et al. | TYPE OF PROCESS<br>Complaint/Notice |

| | |
|---|---|
| SERVE AT | Name of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Real Property located at 95 Pine Hill Avenue, Johnston, RI |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| | | |
|---|---|---|
| Send NOTICE OF SERVICE copy to Requester:<br>Milind M. Shah, Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Fleet Center<br>50 Kennedy Plaza, 8th FL<br>Providence, RI 02903 | Number Of Process To Be Served In This Case. | 2 (Notice & Complaint) |
| | Number Of Parties To Be Served In This Case. | 1 (Post & Notice) |
| | Check Box if Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, phone numbers, and estimated availability times.)
Please post Complaint and Notice on 95 Pine Hill Avenue, Johnston, RI

| | | | |
|---|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of [ X ] Plaintiff [ ] Defendant | [signature] | Telephone No.<br>401-709-5000 | Date<br>5/28/08 |
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|
| | | | | |

I hereby Certify and Return that I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ X ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, etc., at the address shown above or at the address inserted below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| | | |
|---|---|---|
| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>6-13-08 | Time of Service [ ] AM [X] PM<br>1:00 |
| | Signature, ~~Title and Treasury~~ Agency<br>[signature] SPECIAL AGENT IRS-CI | |

REMARKS:

STAPLED TO FRONT DOOR - NO OCCUPANTS

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.

# Department of the Treasury

*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER C.A. 08-147ML |
| DEFENDANTS<br>Real Property located at 4 Swanee Street, North Providence, RI et al. | TYPE OF PROCESS<br>Complaint/Notice |

| | |
|---|---|
| SERVE AT | Name of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Real Property located at 4 Swanee Street, North Providence, RI |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| | | |
|---|---|---|
| Send NOTICE OF SERVICE copy to Requester:<br>Milind M. Shah, Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Fleet Center<br>50 Kennedy Plaza, 8th FL<br>Providence, RI 02903 | Number Of Process To Be Served In This Case. | 2 (Notice & Complaint) |
| | Number Of Parties To Be Served In This Case. | 1 (Post & Notice) |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, phone numbers, and estimated availability times.)
Please post Complaint and Notice on 4 Swanee Street, North Providence, RI

| | | |
|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant — [signature] | Telephone No.<br>401-709-5000 | Date<br>5/28/08 |
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|
| | | | | |

I hereby Certify and Return that I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ X ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, etc., at the address shown above or at the address inserted below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| | | |
|---|---|---|
| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [X] PM<br>2:00 |
| | Signature, ~~Title and~~ Treasury Agency<br>[signature] SPECIAL AGENT IRS-CI | |

REMARKS:

SERVED ON DIANA ROMANOS - TENANT

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY ARetain Copy #5 for your file.