**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff** | : | |
| **v.** | : | |
| **REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND;** | : | |
| **REAL PROPERTY LOCATED AT 95 PINE HILL AVENUE, JOHNSTON, RHODE ISLAND;** | : | **C.A. No. 07-300 S** |
| **REAL PROPERTY LOCATED AT 4 SVVANEE STREET,NORTH PROVIDENCE, RHODE ISLAND;** | : | |
| **REAL PROPERTY LOCATED AT 790 NORTH MAIN STREET, PROVIDENCE, RHODE ISLAND;**<br>**Defendants** | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of Bank of America, N.A.

BANK OF AMERICA, N.A.
By Its Attorney,

/s/ Daniel E. Burgoyne
Daniel E. Burgoyne (#7541)
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000 FAX (401) 521-1328
dburgoyne@rcfp.com

# CERTIFICATION

I hereby certify that on this on the **17th day of June, 2008** a copy of the within document has been filed electronically through the CM/ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record:

Milind M. Shah
Assistant U.S. Attorney
United States AttorneY's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Email: milind.shah@usdoj.gov

Edward J. Gomes, Esq.
91 Friendship St. Suite 3
Providence, RI 02903

____/s/ Daniel E. Burgoyne____________

DEB
353413/ 6/17/08
2090-74