**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO. 1:08-cv-147**

**UNITED STATES OF AMERICA,**
**Plaintiff,**
**v.**

**REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND;**

**REAL PROPERTY LOCATED AT 95 PINE HILL AVENUE, JOHNSTON, RHODE ISLAND;**

**REAL PROPERTY LOCATED AT 4 SWANEE STREET, NORTH PROVIDENCE, RHODE ISLAND;**

**REAL, PROPERTY LOCATED AT 790 NORTH MAIN STREET, PROVIDENCE, RHODE ISLAND;**
**Defendants.**

# NOTICE OF APPEARANCE

Please enter my appearance as counsel on behalf of First Horizon Home Loans a Division of First Tennessee Bank National Association successor by merger of First Horizon Home Loan Corporation, current holder of the first mortgage, with respect to the property located at 85 Pine Hill Road, Johnston, RI 02919 (hereinafter the "Property").

Respectfully submitted,
**FIRST HORIZON HOME LOAN CORPORATION**
By Its Attorneys,

/s/Veronica C. Viveiros
Veronica C. Viveiros
RIBA No. 7414
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highland, MA 02461-0389
(617) 558-0500

DATED: June 30, 2008

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **IN RE:**<br><br>**REAL PROPERTY LOCATED AT 95 PINE HILL AVENUE, JOHNSTON, RHODE ISLAND** | **CIVIL ACTION NO. 1:08-cv-147** |

## CERTIFICATE OF SERVICE

I, Veronica C. Viveiros, Esquire, state that on June 30, 2008, I electronically filed the foregoing Notice of Appearance with the United States District Court for the District of Rhode Island using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Milind M. Shah, Esq.
Assistant U.S. Attorney

Edward J. Gomes, Jr., Esq.

Daniel E. Burgoyne, Esq.

/s/Veronica C. Viveiros
Veronica C. Viveiros
RIBA No. 7414