UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO. 1:08-cv-147

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND;

REAL PROPERTY LOCATED AT 95 PINE HILL AVENUE, JOHNSTON, RHODE ISLAND;

REAL PROPERTY LOCATED AT 4 SWANEE STREET, NORTH PROVIDENCE, RHODE ISLAND;

REAL, PROPERTY LOCATED AT 790 NORTH MAIN STREET, PROVIDENCE, RHODE ISLAND;

Defendants.

**VERIFIED CLAIM OF FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER OF FIRST HORIZON HOME LOAN CORPORATION**

1. On or about January 6, 2006, Tarek Wehbe, executed a Note in the original principle amount of $171,000.00. A true and accurate copy is attached hereto as Exhibit "A".

2. On or about January 6, 2006, Tarek Wehbe, executed a Mortgage in the original principle amount of $171,000.00 secured by the Property. A true and accurate copy is attached hereto as Exhibit "B".

3. First Horizon Home Loans a Division of First Tennessee Bank National Association successor by merger of First Horizon Home Loan Corporation, (hereinafter "First Horizon") is the servicer of the Mortgage executed by Tarek Wehbe.

4. First Horizon is owed approximately $172,017.19, plus continuing interest and attorney's fees and costs.

5. First Horizon had no knowledge of any alleged wrongdoing by Tarke Wehbe and should not be prejudiced by any misconduct as it is an innocent party.

6. As the servicer of the mortgage, the debt owed to First Horizon should be satisfied, before the property or any funds from the sale of the Property are distributed or confiscated by any party.

7. By virtue of First Horizon's interest in the defendant property, First Horizon demands restitution and the right to defend this action.

CLAIMANT'S VERIFICATION:

The Claimant, First Horizon Home Loans a Division of First Tennessee Bank National Association successor by merger of First Horizon Home Loan Corporation, hereby certifies having read this Complaint and further acknowledges that the facts stated herein are true and that no material facts have been omitted therefrom.

Signed under the Penalties of Perjury, this 20th day of June 2008

**FIRST HORIZON HOME LOANS A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR BY MERGER OF FIRST HORIZON HOME LOAN CORPORATION**
By: Edward Hyne
Its: Assistant Vice President

Edward Hyne
_______________________

STATE OF TEXAS

COUNTY OF DALLAS, ss June 20, 2008

On this 20TH day of June, 2008, before me, the undersigned notary public, personally appeared Edward Hyne, proved to me through satisfactory evidence of identification, which were personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me the he/she signed it voluntarily for its stated purpose.

Capacity:

Mary Pat Sivley

My commission expires 11-29-2011

(Sign and Affix Seal)

MARY PAT SIVLEY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 11-29-2011

Respectfully submitted,
**FIRST HORIZON HOME LOANS A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR BY MERGER OF FIRST HORIZON HOME LOAN CORPORATION**
By Its Attorney,

/s/ Veronica C. Viveiros

Veronica C. Viveiros
RIBA No. 7414
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highland, MA 02461-0389
(617) 558-0500

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **IN RE:**<br><br>**REAL PROPERTY LOCATED AT 95 PINE HILL AVENUE, JOHNSTON, RHODE ISLAND** | **CIVIL ACTION NO. 1:08-cv-147** |

**CERTIFICATE OF SERVICE**

I, Veronica C. Viveiros, Esquire, state that on June 30, 2008, I electronically filed the foregoing Verified Claim of First Horizon Home Loans a Division of First Tennessee Bank National Association successor by merger of First Horizon Home Loan Corporation with the United States District Court for the District of Rhode Island using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Milind M. Shah, Esq.
Assistant U.S. Attorney

Edward J. Gomes, Jr., Esq.

Daniel E. Burgoyne, Esq.

/s/Veronica C. Viveiros
Veronica C. Viveiros
RIBA No. 7414