**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff** | : | |
| **v.** | : | |
| **REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND;** | : | |
| **REAL PROPERTY LOCATED AT 95 PINE HILL AVENUE, JOHNSTON, RHODE ISLAND;** | : | **C.A. No. 08-147 ML** |
| **REAL PROPERTY LOCATED AT 4 SWANEE STREET, NORTH PROVIDENCE, RHODE ISLAND;** | : | |
| **REAL PROPERTY LOCATED AT 790 NORTH MAIN STREET, PROVIDENCE, RHODE ISLAND;**<br>**Defendants** | : | |

**VERIFIED SECURED CLAIM OF BANK OF AMERICA, N.A.**

Claimant, Bank of America ("BoA") hereby submits this claim with respect to the Real Property Located at 790 North Main Street, Providence, Rhode Island ("790 North Main Property"). As set forth herein, BoA is the holder of two mortgages in the 790 North Main Property which are superior to any forfeitable interest which may be recovered by the United States in this action. Moreover, BoA is an innocent owner as defined by 18 U.S.C. § 983(d). Therefore, BoA objects to the within action ("Forfeiture Action") to the extent of BoA's interest in the 790 North Main Property.

Now comes Edmund Russell Gilmartin III, ("Affiant") a Vice President of BoA, and under oath deposes and says:

1. That the Affiant is authorized to make and execute this Verified Secured Claim for and on behalf of BoA, which is successor by merger to Fleet National Bank, and which has a principal place of business at 111 Westminster Street, Providence, Rhode Island.

**June 2002 Note**

2. That Atlantis Management, LLC ("Atlantis") is indebted to BoA pursuant to that certain "Term Loan Promissory Note," that certain "Term Loan Agreement," and that certain "SWAP Agreement," in a principal amount of $476,000, dated June 12, 2002, and executed on behalf of Atlantis by Tarek W. Wehbe (collectively the "June 2002 Note"). A true and accurate copy of the June 2002 Note is attached hereto as **Exhibit A** and is incorporated by reference herein.

3. That the total amount due and owing to BoA on the June 2002 Note is $427,479.69 as of May 27, 2008 which includes a principal amount of $397,710.83, outstanding interest in the amount of $652.91, a prepayment penalty of $115.95, SWAP fees of $29,000, plus additional accruing interest, late fees, expenses, and legal fees from said date. The undersigned reserves the right to amend this claim to reflect such future costs incurred.

3. That Atlantis has no set-offs or counterclaims to this Claim.

4. That the June 2002 Note is in default by reason of, *inter alia*, the commencement of the within Forfeiture Action, a material adverse change in

the prospects of repayment of the loan, and the commencement of a receivership proceeding for guarantor Renaissance Medical Group, Inc. in the Rhode Island Superior Court for Providence County. (*Wehbe v. Renaissance Medical Group, Inc.*, C.A. No. PB 08-2973.)

5. That the outstanding indebtedness on the June 2002 Note is secured by a mortgage in the 790 North Main Property pursuant to that certain "Mortgage" dated June 12, 2002. A true and accurate copy of the Mortgage is attached hereto as **Exhibit B** and is incorporated by reference herein.

6. Said mortgage was duly recorded in the land evidence records of the City of Providence on or about July 17, 2002 in Book 5188 at Page 55–62.

**January 2006 Note**

7. That Atlantis is indebted to BoA pursuant to that certain Note and Agreement in a principal amount of $288,285.56, dated January 19, 2006, and executed on behalf of Atlantis by Tarek Wehbe ("January 2006 Note"). A true and accurate copy of the January 2006 Note is attached hereto as **Exhibit C** and is incorporated by reference herein.

8. That the total amount due and owing to the BoA on the January 2006 Note is $284,901.69 as of May 27, 2008 which includes a principal amount of $264,612.02, outstanding interest in the amount of $779.67, and SWAP fees of $19,510.00, plus additional accruing interest, late fees, expenses, and legal fees from said date. The undersigned reserves the right to amend this claim to reflect such future costs incurred.

9. That Atlantis has no set-offs nor counterclaims to this Claim.

10. That the January 2006 Note is in default by reason of, *inter alia*, the commencement of the within Forfeiture Action, a material adverse change in the prospects of repayment of the loan, and the commencement of a receivership proceeding for guarantor Renaissance Medical Group, Inc. in the Rhode Island Superior Court for Providence County. (*Wehbe v. Renaissance Medical Group, Inc.*, C.A. No. PB 08-2973.)

11. That the outstanding indebtedness on the January 2006 Note is secured by a mortgage in the 790 North Main Property pursuant to that certain dated January 19, 2006. A true and accurate copy of the mortgage is attached hereto as **Exhibit D** and is incorporated by reference herein.

12. Said mortgage was duly recorded in the land evidence records of the City of Providence on or about January 19, 2006 in Book 7822 at Page 102.

By: ______________________
Edmund Russell Gilmartin III
Vice President, Bank of America, N.A.

Subscribed and sworn to before me this 1 day of July, 2008 at Providence, Rhode Island.

______________________
Notary Public
My Commission Expires:
Michael J. Rowan
My Commission Expires 9/12/2009

BANK OF AMERICA, N.A.
By Its Attorney,

Daniel E. Burgoyne (#7541)
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000 FAX (401) 521-1328
dburgoyne@rcfp.com

**CERTIFICATION**

I hereby certify that on this on the **1st day of July, 2008** a copy of the within document was filed electronically through the CM/ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record:

Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Email: milind.shah@usdoj.gov

And the within document was sent via first class mail to

Edward J. Gomes, Jr.
The Remington Bldg.
91 Friendship St.
Providence, RI 02903

Veronica C. Viveiros
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

DEB
354088/ 6/30/08
2090-74