IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND;<br>REAL PROPERTY LOCATED AT 95 PINE HILL AVENUE, JOHNSTON, RHODE ISLAND;<br>REAL PROPERTY LOCATED AT 4 SWANEE STREET, NORTH PROVIDENCE, RHODE ISLAND;<br>REAL PROPERTY LOCATED AT 790 NORTH MAIN STREET, PROVIDENCE, RHODE ISLAND;<br>Defendants | Civil Action No. 08-147ML |

**CERTIFICATE OF SERVICE**

I, Milind M. Shah, in accordance with Rule G(4) of the Supplemental Rules to the Federal Rules of Civil Procedure, had the attached Notice along with a copy of the Complaint for Forfeiture In Rem in the above-captioned matter sent to

(1) **Tarek Wehbe**

a. on June 4, 2008 via electronic mail to twehbe@cox.net and mattoul1@hotmail.com,
b. on May 28, 2008 via first-class mail to 6 Pine Tree Lane, Lincoln, RI 02865; and
c. on June 4, 2008 to Paul Wehbe (Tarek Wehbe's brother) at Tarek Wehbe, Matilda Wehbe, and Atlantis Management c/o Paul Wehbe, 6 Deerfield Drive, Smithfield, RO 02917.

(2) **Matilda Wehbe**

a. on June 4, 2008 via electronic mail to twehbe@cox.net and mattoul1@hotmail.com,
b. on May 28, 2008 via first-class mail to 6 Pine Tree Lane, Lincoln, RI 02865 on May 28, 2008;
c. on June 4, 2008 to Paul Wehbe (Matilda Wehbe's brother-in-law) at Tarek Wehbe, Matilda Wehbe, and Atlantis Management c/o Paul Wehbe, 6 Deerfield Drive, Smithfield, RO 02917.

(3) **Atlantis Management LLC**

a. on June 4, 2008 via electronic mail to twehbe@cox.net and

mattoul1@hotmail.com,

b. on May 28, 2008 via first-class mail to 6 Pine Tree Lane, Lincoln, RI 02865,
c. on May 28, 2008 via first-class mail to the Tarek Wehbe, Registered Agent for Atlantis Management LLC at 5 Princess Pine Road, Lincoln, RI 02865, and
d. On June 4, 2008 via registered mail to Paul Wehbe (Tarek Wehbe's brother and Matilda Wehbe's brother-in-law) at Tarek Wehbe, Matilda Wehbe, and Atlantis Management c/o Paul Wehbe, 6 Deerfield Drive, Smithfield, RO 02917.

(4) **Elie Osko** on May 28, 2008 via certified mail to 1 Morning Star Court, Lincoln, RI 02865.

(5) **First Horizon** on May 28, 2008 via certified mail to First Horizon Home Loans, CT Corp. System, 350 N. St. Paul Street, Dallas, TX 75201.

(6) **Citizens Bank** on May 28, 2008 via certified mail to 525 William Penn Place, Suite 2618, Pittsburgh, PA 15129 .

(7) **Bank of America** on May 28, 2008 via certified mail to 5701 Horatio Street, Utica, NY 13502.

(8) **Navigant Credit Union f/k/a Credit Union Central Falls** on June 4, 2008 via registered mail to Thomas Hemmendinger, Esquire, Brennan Recupero, 362 Broadway, Providence, RI 02909.

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 fax
Email: milind.shah@usdoj.gov

**Dated: July 31, 2008**