IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br>v.<br><br>REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT 790 NORTH MAIN STREET, PROVIDENCE, RHODE ISLAND;<br><br>ET AL.<br><br>Defendants | Civil Action No. 08-147ML |

**COMBINED MOTION FOR ENTRY OF STIPULATION AND <u>ENTRY OF FINAL JUDGMENT</u>**

First, Plaintiff United States of America (the "United States") moves for entry of the Stipulation, Settlement Agreement, and Release relating to 790 North Main Street. The United States and Claimant ("BoA") have entered into this agreement and it is attached at Exhibit 1. In addition, the United States moves for entry of a final order of judgment and decree of forfeiture for 790 North Main Street in the form attached as Exhibit 2. The United States filed a Verified Complaint for Forfeiture In Rem and, as required under Supplemental Rule G, had notice of this action published and sent to all known potential claimants. BoA filed a claim for 790 North Main Street, no other party has filed a claim for that property, and BoA has no objection to this motion for entry of a final order. At this point, the deadline for filing a claim has passed. In further support of this motion, the United States provides the following additional information:

1. On April 30, 2008, the United States filed a Complaint for Forfeiture in Rem, initiating the above-captioned matter against, *inter alia*, Real Property Located at 790 North Main Street, Providence, Rhode Island (hereinafter "790 North Main"). *See* Docket

Entry 1 (Complaint).

2. On May 28, 2008 and June 4, 2008, the United States had notice of this forfeiture action along with a copy of the Complaint sent to Tarek Wehbe, Matilda Wehbe, Atlantis Management LLC, Elie Osko, First Horizons, Citizens Bank, Bank of America, and Navigant Credit Union. *See* Docket Entry 17 (Certificate of Servie).

3. One June 5th, 12th, and 19th, all in 2008, the United States had notice of the forfeiture action published in the Providence Journal. *See* Exhibit 3 (Affidavit).

4. On July 1, 2008, BoA filed an answer and claim and therby entered a claim for 790 North Main. *See* Docket Entry 14-16. No one else has filed a claim for 790 North Main, and no one else has attempted to plead or defend in this action in relation to 790 North Main. Accordingly, the only interests in 790 North Main are set forth by the United States and BoA.

5. Under Supplemental Rule G(5)(a)(ii), the latest date to file a claim is thirty days after final publication of the notice. The final publication was on June 19, and the latest business date to file a claim is no later than July 21.

Based on the forgoing, Plaintiff submits that there is no reason to withhold entry of the requested judgment in this matter. Plaintiff respectfully requests entry of a final order of judgment in the form attached at Exhibit 2.

Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 / 401-709-5017 (fax)
milind.shah@usdoj.gov

Dated: August 20, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August 2008, I electronically filed the above Motion with attachment with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. All parties of record have received electronic notice. Also on this date, I mailed the above Motion with attachment to the following in the manner specified:

(1) **Tarek Wehbe**
  a. via electronic mail to twehbe@cox.net and mattoul1@hotmail.com;
  b. via first-class mail to 6 Pine Tree Lane, Lincoln, RI 02865; and
  c. via first-class mail to Paul Wehbe (Tarek Wehbe's brother) at Tarek Wehbe, Matilda Wehbe, and Atlantis Management c/o Paul Wehbe, 6 Deerhill Drive, Smithfield, RI 02917.

(2) **Matilda Wehbe**
  a. via electronic mail to twehbe@cox.net and mattoul1@hotmail.com,
  b. via first-class mail to 6 Pine Tree Lane, Lincoln, RI 02865 on May 28, 2008; and
  c. via first-class mail to Paul Wehbe (Matilda Wehbe's brother-in-law) at Tarek Wehbe, Matilda Wehbe, and Atlantis Management c/o Paul Wehbe, 6 Deerhill Drive, Smithfield, RI 02917.

(3) **Atlantis Management LLC**
  a. via electronic mail to twehbe@cox.net and mattoul1@hotmail.com,
  b. via first-class mail to 6 Pine Tree Lane, Lincoln, RI 02865 on May 28, 2008; and
  c. via first-class mail to Paul Wehbe (Matilda Wehbe's brother-in-law) at Tarek Wehbe, Matilda Wehbe, and Atlantis Management c/o Paul Wehbe, 6 Deerhill Drive, Smithfield, RI 02917.

/s/ Milind M. Shah
Milind M. Shah
Assistant United States Attorney