# EXHIBIT 2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Plaintiff

v.

REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND;

REAL PROPERTY LOCATED AT 790 NORTH MAIN STREET, PROVIDENCE, RHODE ISLAND;

ET AL.

Defendants

Civil Action No. 08-147ML

**ORDER**

Plaintiff United States of America (the "United States") having filed a Verified Complaint for Forfeiture In Rem against the above-captioned defendants (the "defendant funds"); Bank of America ("BoA") having filed a claim for Real Property Located at 790 North Main Street ("790 North Main") and no other person or entity having filed a claim or otherwise having attempted to plead or defend in this action for 790 North Main; per Supplemental Rule G notice of this action having been published and sent to Tarek Wehbe, Matilda Wehbe, Atlantis Management LLC, Elie Osko, First Horizon, Citizens Bank, Bank of America, and Navigant Credit Union; and 790 North Main Street being further described as

> "That certain lot or parcel of land with all the buildings and improvements thereon situated in the City of Providence, County of Providence, State of Rhode Island, described as follows:
> Beginning at a point in the relocated westerly line of North Main Street at the northeast corner of the tract herein described, said point being in the southerly line of land of the City of Providence, fourteen and one hundreths (14.01) feet westerly as measured along the southerly line of said City of Providence land from the present westerly line of North Main Street;
> Thence running S 22°35'13" W. bounded southeasterly by the relocated North Main Street, a distance of forty-seven and twenty hundredths (47.20) feet to a point of curvature;
> Thence along the arc of a circle curving to the right having a radius of

twenty (20.00) feet and a central angle of 73°-58'-19" bounded generally southeasterly on the relocated intersection of North Main Street and Livingston Street, a distance of twenty-five and eighty-two hundredths (25.82) feet to a point of tangency in the northerly line of Livingston Street;
Thence turning N 83°-26'-28" W. bounded by Livingston Street, a distance of eighty-eight and fifty hundreths (88.50) feet to a point of curvature;
Thence along the arc of a circle curbing to the right having a radius of fifteen (15.00) feet and a central angle of 68°-36'-01" bounded generally southwesterly on the relocated intersection of Livingston Street and Mechanics Avenue, a distance of seventeen and ninety-six hundredths (17.96) feet to a point of tangency, in the easterly line of Mechanics Avenue;
Thence running N 14°-50'-27" W. bounded southwesterly by Mechanics Avenue, a distance of one hundred fifty-two and forty-five hundredths (152.45) feet to a corner;
Thence turning an interior angle of 76°-30'-54" and running N 88°-38'-39" E, bounded northerly by land now or formerly of the Providence Redevelopment Agency, a distance of sixty-one and six hundredths (61.06) feet to a land of the City of Providence;
Thence turning an interior angle of 86°-33'-20" and running S 2°-05'-19" W. bounded easterly by land of the City of Providence, a distance of seventy-eight and eighty-four hundredths (78.84) feet to a corner;
Thence turning an interior angle of 255°-42'-20" and running S 73°-37'-01" E. bounded northeasterly by land of the City of Providence, a distance of one hundred twenty-five and fifty-six hundredths (125.56) feet to the point and place of beginning.
The first and last courses forming an interior angle of 83°-47'-46" and said parcel contains thirteen thousand eight hundred fourteen (13,814) square feet of land.
Together with the rights of passage of record."

it is hereby ORDERED, ADJUDGED, and DECREED that the claim of BoA is allowed in accordance with the terms of the stipulation previously filed herein; judgment is entered in favor of the United States; 790 North Main together with buildings, appurtenances, and improvements, is forfeited to Plaintiff with all right, title, and interest thereto vesting in the United States; and the United States Marshal is authorized to dispose of said property according to law.

BY ORDER:

ENTER:

____________________

______________________________
MARY M. LISI
Chief Judge, United States District Court
for the District of Rhode Island