# EXHIBIT 3

**Published by The Providence Journal Company**
Providence, Rhode Island 02902

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF RHODE ISLAND
UNITED STATES OF AMERICA Plaintiff
v.
REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND; REAL PROPERTY LOCATED AT 95 PINE HILL AVENUE, JOHNSTON, RHODE ISLAND; REAL PROPERTY LOCATED AT 4 SWANEE STREET, NORTH PROVIDENCE, RHODE ISLAND; REAL PROPERTY LOCATED AT 790 NORTH MAIN STREET, PROVIDENCE, RHODE ISLAND; Defendants
Civil Action No. 08-147ML

**NOTICE OF FORFEITURE ACTION**

On April 30, 2008, the United States Attorney for the District of Rhode Island filed a Verified Complaint for Forfeiture In Rem against the above-captioned defendant properties, pursuant to 18 U.S.C. Sec. 981(a)(1)(A) and (C). Any person who asserts an interest in one or more of the defendant properties may contest the forfeiture by filing a claim in the United States District Court for the District of Rhode Island, U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903 under U.S. v. Real Property Located at 288 Middle Road, et al., C.A. No. 08-147,by no later than 30 days after this publication or as specified in Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Additionally, a claimant must serve and file an answer to the complaint or a motion under Federal Rule of Civil Procedure 12 within 20 days after filing a claim. Claims and Answers are to be filed with the Clerk, United States District Court for the District of Rhode Island, One Exchange Terrace, Providence, Rhode Island 02903 with a copy thereof sent to the Assistant United States Attorney Milind Shah, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

State of Rhode Island
City and County of Providence

On this 23rd day of June 20 08,

before me, a Notary Public, duly qualified for said County and State, personally appeared Cheryl Jacobs, Senior Sales Director, in the office of The Providence Journal Company, publishers of **THE PROVIDENCE JOURNAL**, a newspaper published in the City of Providence by The Providence Journal Company, who, on being duly sworn, states that the advertisement of IN THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF RHODE ISLAND UNITED STATES OF AMERICA Plaintiff v. REAL PROPERTY LOCATED AT 288 MIDDLE ROAD...

a true copy of which is hereunto annexed, was duly inserted in **THE PROVIDENCE JOURNAL** in its issue of June 5, 12 & 19 20 08,

[signature]
Cheryl Jacobs

Subscribed and sworn to before me this 23rd day of June, 20 08

[signature: Jean A Sandberg]
Notary Public

My Commission expires: 07/12/09