**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**v.**<br><br>**REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND;**<br><br>**REAL PROPERTY LOCATED AT 95 PINE HILL AVENUE, JOHNSTON, RHODE ISLAND;**<br><br>**REAL PROPERTY LOCATED AT 4 SWANEE STREET,NORTH PROVIDENCE, RHODE ISLAND;**<br><br>**REAL PROPERTY LOCATED AT 790 NORTH MAIN STREET, PROVIDENCE, RHODE ISLAND;**<br>**Defendants** | : | **C.A. No. 08-147 ML** |

**RESPONSE OF CLAIMANT, BANK OF AMERICA, IN SUPPORT OF COMBINED MOTION FOR ENTRY OF STIPULATION AND ENTRY OF FINAL JUDGMENT**

Claimant, Bank of America, N.A. (“BoA”) hereby joins in the motion of the United States for entry of the Stipulation, Settlement Agreement, and Release and for entry of final judgment of forfeiture of the 790 Main Street Property subject to the terms of the Stipulation, Settlement Agreement, and Release.

BANK OF AMERICA, N.A.
By Its Attorney,

/s/ Daniel E. Burgoyne
Daniel E. Burgoyne (#7541)
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000 FAX (401) 521-1328
dburgoyne@rcfp.com

**CERTIFICATION**

I hereby certify that on this on the **20th day of August, 2008** a copy of the within document was filed electronically through the CM/ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record:

Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Email: milind.shah@usdoj.gov

Veronica C. Viveiros
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
vviveiros@harmonlaw.com

And notice via first class mail was sent to

Edward J. Gomes, Jr.
The Remington Bldg.
91 Friendship St.
Providence, RI 02903

/s/ Daniel E. Burgoyne

DEB
358189/ 8/20/08
2090-74